## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 11-B-28568 |
| Phyllis CAMP, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

## FINAL ORDER AUTHORIZING DEBTOR TO USE
## CASH COLLATERAL OF FEDERAL NATIONAL MORTGAGE
## ASSOCIATION AND PROVIDING ADEQUATE PROTECTION

This matter having come before the Court on the Motion to Use Cash Collateral Through August 31, 2011 (the "Motion") filed by Phyllis Camp, (the "Debtor"), as debtor in the above-captioned chapter 11 case (the "Case"), seeking entry of an order (the "Order") pursuant to § 363 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing use of cash collateral of Federal National Mortgage Association ("Fannie Mae"). The Court having considered the Motion finds that the following relief is appropriate upon the terms and conditions set forth below; and the Debtor hereby admits, stipulates and agrees that :

A.       The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

B.       On July 11, 2011 (the "Petition Date"), Debtor filed a petition for reorganization under Chapter 11 of the Bankruptcy Code.

C.       Debtor is the owner of a multi-family residential property located at 1560 28th Street, Columbus, Indiana 47201, which real property and the apartment buildings and improvements located thereon are hereinafter referred to as the "Columbus Property." A copy

of the legal description of the Property is attached hereto as **Exhibit "A"** and incorporated herein by reference.

    D.      On March 15, 2012 this Court denied Fannie Mae's Motion for Entry of An Order Excusing Receiver from Complying with 11 U.S.C. § 543(a), (b), and (c). Pursuant to an order of this Court, turnover of the property from Jamie L. Hadac (the "Receiver") to Debtor is scheduled to take place on March 30, 2012 (the "Turnover").

    E.      After the Turnover, Debtor will be in possession and management of the Columbus Property pursuant to 11 U.S.C. §§ 1107 and 1108.

    F.      After the Turnover, Debtor will receive and collect, rents, issues, proceeds, profits, accounts receivable, (collectively, the "Rents") arising from the Columbus Property.

    G.      Debtor is requesting the use of the Rents in order to operate the Columbus Property and provide services to tenants of the Columbus Property.

    H.      Pursuant to the following instruments (collectively, the "Loan Documents"), Fannie Mae has a first position lien on, and duly perfected security interest in, *inter alia*, the Columbus Property, the Rents, and certain personal property (the "Personal Property") as more fully described in Loan Documents (collectively, the "Pre-Petition Collateral"):

           (i)      the Multifamily Note and Adjustable Rate Rider executed and delivered to LaSalle Bank, National Association ("LaSalle") on December 13, 2007 in the original principal amount of $2,400,000.00;

           (ii)      the Modification of Installment Note and Adjustable Rate Rider executed on January 4, 2008 (collectively, with the Multifamily Note and the Adjustable Rate Rider, the "Note");

2

(iii)    the Multifamily Mortgage, Assignment of Rents and Security Agreement and Fixture Filing, dated December 10, 2007, which was duly recorded with the Office of the Recorder of Bartholomew County as Instrument No. 200700017145 on December 18, 2007 (the "Mortgage");

(iv)    the Assignment and Assumption Agreement, whereby LaSalle consented to the conveyance of title of the Property from the Debtor and Kenneth D. Camp to the Debtor, individually, duly recorded with the Office of the Recorder of Bartholomew County on December 18, 2007, as Instrument No. 200700017146.

(v)    the Assignment of Mortgage Loan Documents to Fannie Mae, dated May 30, 2008, and the Assignment of Interest in Mortgage or Deed of Trust to Fannie Mae, dated May 30, 2008, and duly recorded with the Office of the Recorder of Bartholomew County on June 20, 2008 as Instrument No. 20080008172.

I.    The Rents (which Fannie Mae has a valid, duly perfected, first-priority lien on, and security interest in) constitute cash collateral of Fannie Mae within the meaning of 11 U.S.C. § 363.

J.    Fannie Mae asserts that as of the Petition Date, Debtor is indebted to Fannie Mae pursuant to the Loan Documents in an amount no less than $2,328,816.16 plus interest, charges, and all other obligations allowable pursuant to the Loan Documents and applicable law (collectively, the "Pre-Petition Indebtedness").

K.    Fannie Mae also has claims under the Loan Documents against Debtor relating to post-petition interest, reasonable costs, attorneys' fees, and any and all other amounts to the extent permitted by the Bankruptcy Code and applicable law.

3

L.      Debtor believes that it is in the best interests of the estate and its creditors that Debtor be permitted to utilize the Rents subject to the terms and conditions set forth herein.

M.      The entry of this Order to allow Debtor to utilize the Rents only in the manner provided herein and to provide Fannie Mae with adequate protection as provided herein is in the best interest of Debtor, the estate, and its creditors.

Debtor is hereby authorized on a limited and interim basis to use the Rents, as defined herein, only in accordance with the terms and conditions provided in this Order, and **IT IS HEREBY ORDERED AS FOLLOWS ON A FINAL BASIS**:

<u>**Segregation and Accounting**</u>

1.      Debtor shall deposit all Rents and all other income it receives from the Columbus Property, including, but not limited to, all: (a) cash; (b) cash equivalents, whether in the form of cash, negotiable instruments, documents of title, securities, deposit accounts, or in any other form, which represent income, proceeds, products, rents or profits of the Pre-Petition Collateral, whether on hand as of the Petition Date or collected thereafter, and all other "cash collateral" of Fannie Mae within the meaning of Section 363(a) of the Bankruptcy Code (collectively, the "Cash Collateral") into a debtor-in-possession account at Chase Bank (the "Columbus DIP Account") and shall pay all expenses as authorized herein, using the Columbus DIP Account. The account number for the Columbus DIP Account shall be identified by a separate notice filed by the Debtor.

4

2.      The Columbus DIP Account shall be held in the name "Phyllis Camp, as Debtor in Possession." Debtor shall deposit all Cash Collateral and other income she receives from the Columbus Property during the pendency of Debtor's Case into the DIP Account. The DIP Account shall only be used for Cash Collateral and other income received from the Columbus Property. The Debtor may establish another debtor-in-possession account unrelated to the Columbus Property. No other funds of the Debtor or funds from any of Debtor's other properties shall be deposited in the Columbus DIP Account. Debtor shall account for all Cash Collateral that (a) Debtor possesses from the Columbus Property; (b) Debtor has permitted to be transferred into the possession of others, if any; (c) is being held by those in privity with Debtor; or (d) the Debtor might hereafter obtain. Debtor shall provide to Fannie Mae a report summarizing income and disbursements from the DIP Account on a bi-monthly basis on the 1st and 15th of each month. Debtor shall also provide to Fannie Mae an account statement summarizing all deposits to, and disbursements from, the DIP Account on the first day of each month.

### Limited Use of Cash Collateral

3.      Debtor shall be permitted to use the Rents solely to pay the expenditures specifically identified in the Budget attached hereto as **Exhibit "B"** (the "Budget") for the period (the "Cash Collateral Period") from the Petition Date up to and including May 31, 2012 (the "Termination Date"). Debtor shall be authorized to make expenditures only for the purposes and in the amounts set forth in the Budget, unless (i) Fannie Mae consents in writing in advance to any additional expenses or (ii) the Court approves such additional expense or expenses after notice and a hearing.

4836-4140-1359.4

4.      In addition to the expenditures included in the Budget, Debtor is authorized and directed to complete roof repairs on the Columbus Property, pursuant to the Supplemental Roof Repair Budget attached hereto as **Exhibit "C."**  The insurance check for the roof repairs in the amount of $234,286.89 shall be indorsed and sent to Fannie Mae (the "Insurance Proceeds"). Upon completion of the roof repairs, Fannie Mae shall be entitled to inspect the repairs and, upon approval thereof, shall pay the contractor(s) up to the full amount of the Insurance Proceeds.  If any amounts are remaining from the Insurance Proceeds after payment of the contractor(s), such amounts shall be transferred to the Debtor and used in accordance with this Order.

<u>**Adequate Protection**</u>

5.      As partial adequate protection for the interests of Fannie Mae in the Rents pursuant to 11 U.S.C. §§ 361, 363(c) and 363(e), and in consideration of Debtor's use thereof, Debtor shall take the following actions, provided that any payments to Fannie Mae shall be provisional subject to a final accounting:

(a)      <u>Cash Collateral Payment</u>.  On or before April 6, 2012, Debtor shall transfer $99,000 to Fannie Mae as adequate protection for its use of Cash Collateral since the Petition Date.

(b)      <u>Monthly Adequate Protection Payment</u>.  Beginning on April 30, 2012, the Debtor shall commence monthly adequate protection payments of principal and interest to Fannie Mae to be made the last day of each month thereafter, of $15,391.27, based on the principal balance under the Loan Documents as of the Petition Date.  Fannie Mae may, but is not required to, apply this payment to interest and principal without further

6

4836-4140-1359.4

order of the Court. The automatic stay under 11 U.S.C. § 362(a) is hereby modified to the extent necessary to permit Fannie Mae to receive and apply the payments provided for hereunder.

(c)   <u>Property Taxes</u>. Debtor shall make all applicable real estate tax payments due on the Columbus Property as and when such payments are due.

(d)   <u>Insurance</u>. Debtor shall at all times maintain insurance coverage on the Columbus Property in accordance with the terms and conditions of the Loan Documents and subject to Fannie Mae's approval, and Debtor shall deliver, evidence of the maintenance of such insurance (including, but not limited to, evidence satisfactory to Fannie Mae that all of the Columbus Property and Personal Property is insured for the full replacement value thereof and that Fannie Mae is named as loss payee on all insurance policies pertaining to the Columbus Property and the Personal Property) to Fannie Mae on or before April 4, 2012. Debtor shall deliver, upon request, evidence of the continued maintenance of such insurance within three (3) calendar days of Debtor's receipt of such request.

(e)   <u>Replacement Liens</u>.

(a)   As additional adequate protection of Fannie Mae's interests in, *inter alia*, the Pre-Petition Collateral, the Cash Collateral, and any diminution in value thereof during the pendency of this Case, and in consideration of Debtor's use thereof, and to the extent, if any, that the liens granted in this Paragraph are not encompassed within the liens granted pursuant to the Loan Documents, Debtor shall grant, and Fannie Mae shall have the following liens (the "<u>Post-</u>

7

Petition Liens"): (i) valid and automatically perfected first-priority replacement and additional liens and security interests (senior to all other liens), in and upon all assets described as collateral in the Loan Documents, including, but not limited to, the Columbus Property, Personal Property, Rents, leases and occupancy agreements and all amendments, modifications, extensions, or renewals of leases and occupancy agreements relating to the Columbus Property, which on or after the Petition Date Debtor has entered into or enters into, and all rents, income and profits arising therefrom, and any estate tax refunds, insurance proceeds, insurance premium refunds, security deposits, utility deposits, and bonds related to the Columbus Property or Personal Property and proceeds of same whether acquired before or after the Petition Date, whether now owned and existing or hereafter acquired, created, or arising, and all products and proceeds thereof (including, without limitation, claims of Debtor against third parties for loss or damage to the aforementioned items), and all accessions thereto, substitutions and replacements thereof, wherever located, including any real or personal property Debtor's estate acquired or acquires on or after the Petition Date in which Fannie Mae would have had a valid, effective and perfected lien or security interest were it not for 11 U.S.C. § 552(a); (ii) valid and automatically perfected first-priority replacement liens and security interests in all assets acquired by Debtor post-petition and recoveries by the estate under any provision of the Bankruptcy Code or other applicable law (except recoveries pursuant to 11 U.S.C. §§ 544, 547, 548, and 550); and (iii) valid and automatically perfected

8

replacement liens and security interests in all other assets of Debtor (except recoveries pursuant to 11 U.S.C. §§ 544, 547, 548, and 550), senior to all other liens except unavoidable, properly perfected liens on such assets existing as of the Petition Date (collectively, the "Post-Petition Collateral").

(b)     The Post-Petition Liens are, and for all purposes shall be deemed to be, valid and enforceable, and no filing or recordation or other act shall be necessary to create or perfect such liens.  Fannie Mae shall not be required to file financing statements, mortgages or other documents in any jurisdiction or take any other action in order to validate or perfect the respective security interests granted to it under this Order and related instruments, documents and agreements. If Fannie Mae shall, in its sole discretion, choose to file such financing statements, mortgages or other documents or otherwise confirm perfection of such security interests, all such financing statements or similar documents shall be deemed to have been filed or recorded and perfected at the time and on the date of entry of this Order.

(c)     At the reasonable request of Fannie Mae, Debtor shall execute and deliver to Fannie Mae such further documents and instruments and will do such further acts as Fannie Mae may deem advisable or necessary to assure to Fannie Mae the granting and perfection of all of the rights and interests given or intended to be given to Fannie Mae.

6.    To the extent the adequate protection provided herein is insufficient to adequately protect Fannie Mae's interests in, *inter alia*, the Pre-Petition Collateral, the Cash Collateral, and any diminution in value thereof during the pendency of this Case, Fannie Mae is hereby granted all of the other benefits and protections allowable under 11 U.S.C. § 507(b).

### Reporting and Audit Requirements

7.    <u>Operating Reports</u>.    Debtor shall provide to Fannie Mae a copy of each monthly operating report filed with the Court.

8.    <u>Rent Rolls & Bank Statements</u>.  Debtor shall provide to Fannie Mae no later than the first (1st) day of May 2012, a copy of the rent rolls, security deposit information, and accounts receivable for the Property as well as a bank statement from the DIP account for the preceding month along with current rent roll and security deposit information.

9.    <u>Bi-Monthly Reports</u>.  Debtor shall provide Fannie Mae with a report not later than 12:00 noon CST on the 1st and 15th of each month for the term of this Order, consisting of a statement of revenues and expenditures, including the checkbook register for Debtor.

10.    <u>Other Reporting</u>.  Debtor shall provide to Fannie Mae such additional financial or other information concerning the acts, conduct, property, assets, liabilities, operations, financial condition, transactions of Debtor, or concerning any matter which may affect the administration of the estate, as Fannie Mae may from time to time reasonably request within three (3) business days of any such request.

11.    <u>Audits and Inspections</u>.  Upon three (3) business days notice, and during normal business hours Debtor shall cooperate with and permit representatives, agents or employees of Fannie Mae to visit, inspect, and have reasonable access to Debtor's books and records, the

10

personnel of Debtor who are familiar with Debtor's books and records or the information set forth therein, the Property, and such other information as Fannie Mae may reasonably request. Debtor shall keep its books and records current and updated, so that all business activities are posted to them within three (3) business days of such activity.

### **Default and/or Termination**

12.    Debtor's failure to comply with the terms and conditions of this Order including, without limitation, the Budget, shall constitute an event of default ("Event of Default"). Upon the occurrence of any Event of Default, Fannie Mae shall provide Debtor's counsel written notice of such default (which may be accomplished by email, facsimile transmission, hand delivery, or overnight delivery). If Debtor has failed to fully and completely cure any such Event of Default to Fannie Mae's satisfaction within seventy-two (72) hours after receipt of notice of the Event of Default by Debtor's Counsel, then without any further act, notice or action by Fannie Mae or any further notice, hearing, act or order of this Court, Debtor's authority to use Cash Collateral and any and all obligations of Fannie Mae under this Order shall terminate. Upon such termination, Debtor shall immediately cease making any use of or disbursement of the Cash Collateral and Post-Petition Collateral from the DIP Account. Debtor shall continue to deposit receipts pertaining to the Property into the DIP Account but the account shall otherwise be frozen absent written agreement of Fannie Mae.

13.    In the event that Debtor has failed to fully and completely cure an Event of Default to Fannie Mae's satisfaction within seventy-two (72) hours after receipt of notice of the Event of Default by Debtor's Counsel, on motion and within five (5) calendar days notice,

11

Fannie Mae shall be entitled to a hearing on Fannie Mae's pending motion for Relief from the Automatic Stay.

14.    Fannie Mae's failure to provide written notice of an Event of Default shall in no way be deemed a waiver of Fannie Mae's rights or remedies under this Order.

15.    Any termination of Debtor's authority to use the Rents hereunder shall be without prejudice to Debtor's right to file an additional motion for authority to use of cash collateral.

16.    Debtor's authorization to use the Rents held in the DIP Account shall terminate on May 31, 2012, subject to further order of this Court.

## Other

17.    Except as otherwise provided herein, the terms and conditions of the Loan Documents shall not be impaired by this Order, and Fannie Mae shall have all of its rights and remedies thereunder, subject to the provisions of the Bankruptcy Code, applicable state law and the authority of the Court.   Debtor shall perform all of its obligations under the Loan Documents, including, without limitation, insuring the Property and paying taxes with respect to the Property in accordance with the Loan Documents.

18.    Nothing contained in this Order shall be deemed to be a consent by Fannie Mae to any charge, lien, assessment or claim against under 11 U.S.C. § 506(c) of the Bankruptcy Code or otherwise.

19.    The terms of this Order shall not constitute conclusive or presumptive evidence concerning the issues of value of any of Fannie Mae's collateral or adequate protection of Fannie Mae.  Nothing herein shall preclude or impair Fannie Mae's right to request additional adequate protection from Debtor.

4836-4140-1359.4

20.     This Order shall not be construed to be a waiver or admission by Fannie Mae that will otherwise affect Fannie Mae's right to seek further relief.

21.     In taking any action related to this Order or in connection with the enforcement of any of the rights granted herein, Fannie Mae shall have no liability to any third party (including pre and post-petition creditors of Debtor), and shall not be deemed to be in control of the operations of Debtor or to be acting as a "responsible person" or "owner or operator" with respect to the operation or management of Debtor.

22.     Except for the liens, mortgages and security interests granted to Fannie Mae, and except as may be agreed to in writing by Fannie Mae, Debtor shall not cause, permit or consent to any liens, mortgages, or security interests to encumber any or all of the Property.

23.     Nothing herein contained shall prejudice the right of Fannie Mae at any time to seek: (a) the appointment of a trustee in this Case, (b) relief from the automatic stay, (c) dismissal or conversion of this Case, or (d) any other relief.  This Order is without prejudice to the rights of Debtor and/or Fannie Mae to seek, after notice and hearing, any modification of this Order.

APR 0 3 2012

SIGNED this _____ day of April 2012.

_____
**The Honorable Pamela Hollis**
**UNITED STATES BANKRUPTCY JUDGE**

13

Agreed to and accepted:

**M. HEDAYAT & ASSOCIATES P.C.**
1211 Lakeview Drive
Romeoville, IL 60446
(630) 378-2200
(630) 578-2878 (facsimile)

By: _____
     Mazyar M. Hedayat

**ATTORNEY FOR THE DEBTOR**

**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL  60654
(312) 832-4500
(312) 832-4700 (facsimile)

By: _____
     Geoffrey S. Goodman

**ATTORNEYS FOR FEDERAL NATIONAL
MORTGAGE ASSOCIATION**

14

4836-4140-1359.4

# EXHIBIT A

## EXHIBIT A

## LEGAL DESCRIPTION

A part of the Northwest Quarter of Section 18, Township 9 North, Range 6 East lying in the City of Columbus, Bartholomew County, Indiana, being more particularly described on a survey by Gene W. Darnall and Associates dated May 31, 1984, last updated by Crowder and Darnall, Inc. On July 13, 1998, entitled Columbus Village recorded in the office of the Recorder of Bartholomew County in Plat Book Q, page 369B as follows;

Each of the following points referred to as monuments and not otherwise described are 5/8 inch steel rods.

Commencing at an existing stone marking the northwest corner of said Section 18; thence North 89 degrees 24 minutes 00 seconds east an assumed bearing, along the north line of said Section 18 a distance of 1012.5 feet to an existing one inch iron pipe set in concrete marking the northwest corner of Columbus Village, Section Two as recorded in Plat book E, pages 76 and 77 in the office of the Recorder of Bartholomew County, Indiana; thence South 00 degrees 00 minutes 00 seconds east along the west line of said Columbus Village, Section Two a distance of 155.50 feet to a monument in the centerline of Tipton Lane, said monument the point of beginning of the following described tract; thence easterly along said centerline and along a curve to the right (concave south) having a tangent bearing of South 88 degrees 46 minutes 04 seconds East, a radius of 5915.60 feet and a chord of 501.03 feet bearing South 86 degrees 20 minutes 27 seconds East for an arc distance of 501.18 feet to a monument on the east line of said Columbus Village, Section Two; thence South 00 degrees 00 minutes 42 seconds West along said east line and along the southerly extension thereof a distance of 961.62 feet to a monument; thence North 90 degrees 00 minutes 00 seconds west along the easterly extension of the south line of Columbus Village and along said south line of Columbus Village as recorded in Plat Book D, page 166 in the office of the Recorder of Bartholomew County, Indiana a distance of 434.81 feet to an existing 1 inch iron pipe set in concrete on the east line of Maple Street; thence North 00 degrees 00 minutes 00 seconds east along said east line a distance of 127.01 feet to an existing one inch iron pipe set in concrete; thence North 90 degrees 00 minutes 00 seconds west a distance of 65.00 feet to monument on the west line of Maple Street; thence North 00 degrees 00 minutes 00 seconds east along said west line a distance of 866.59 feet to the point of beginning, containing 11.071 acres, excepting therefrom 3.266 acres being the area of the publicly dedicated rights-of-way as shown with metes and bounds on the above referenced survey, of 27th Street, 28th Street, Maple Street, Village Drive, and the south half of Tipton Lane. Containing after said exceptions 7.805 acres.

# EXHIBIT B

# EXHIBIT B

Columbus Village Townhomes
Operating Budget
April to May 2012

| | April | May |
|---|---|---|
| **INCOME** | | |
| Gross Potential Rent | $ 55,204.00 | $ 55,204.00 |
| Carryover from previous month | | $ 16,717.73 |
| Less: Vacancy and Concessions | ($2,750.00) | ($2,750.00) |
| Other income (e.g. late fees, pet fees, lease termination fees) | $ 1,675.00 | $ 1,675.00 |
| **Effective Gross Income** | **$ 54,129.00** | **$ 70,846.73** |
| | | |
| **OPERATING EXPENSES** | | |
| Real Estate Taxes (due 5/12) | | $ 29,000.00 |
| Property Insurance | $ 4,000.00 | $ 4,000.00 |
| Utilities | $ 1,650.00 | $ 1,650.00 |
| Repairs & Maintenance | $ 6,000.00 | $ 6,000.00 |
| Payroll & Benefits (property manager, maintenance manager, payroll taxes, maintenance associates) | $ 5,500.00 | $ 5,500.00 |
| Advertising and Marketing | $ 500.00 | $ 500.00 |
| Professional Fees (eviction counsel) | $ 350.00 | $ 350.00 |
| General and Administrative Expenses | $ 1,420.00 | $ 1,420.00 |
| Expense Reimbursement | $ 500.00 | $ 500.00 |
| Other expenses | $ 100.00 | $ 100.00 |
| **Total Operating Expenses** | **$ 20,020.00** | **$ 49,020.00** |
| | | |
| **NET OPERATING INCOME (loss)** | **$ 34,109.00** | **$ 21,826.73** |
| | | |
| **NON-OPERATING EXPENSES** | | |
| Capital Expenditures (roof leak repairs) | $ 2,000.00 | $ 2,000.00 |
| Adequate Protection Payment to Fannie Mae | $ 15,391.27 | $ 15,391.27 |
| **Total Non-Operating Expenses** | **$ 17,391.27** | **$ 17,391.27** |
| | | |
| **NET MONTHLY CASH FLOW** | **$ 16,717.73** | **$ (12,282.27)** |
| | | |
| **NET OVERALL CASH FLOW** | **$ 16,717.73** | **$ 4,435.46** |

# EXHIBIT C

 **Holt Construction Group**

| | | | |
|---|---|---|---|
| Client: | Columbus Village Townhomes | Business: | (812) 379-2043 |
| Property: | 1560 28th Street | | |
| | Indianapolis, IN 47201 | | |

Operator Info:
Operator:   CCARMIN

| | | | |
|---|---|---|---|
| Estimator: | Christian Carmin | Business: | (317) 898-9002 |
| Position: | Vice President | | |
| Company: | Holt Construction Group | | |
| Business: | 8846 East 33rd Street | | |
| | Indianapolis, IN 46226 | | |

Type of Estimate:   Hail
Date Entered:   6/13/2011           Date Assigned:

Price List:   ININ7X_JUN11
Labor Efficiency:   Restoration/Service/Remodel
Estimate:   COL_VILLAGE_TH_HAIL

**Thank you for the opportunity to submit the following proposal to repair the hail damages at Columbus Village Townhomes. In the following pages you will find the pricing and specifications to complete the job. Please feel free to contact me if you have any questions.**

 **Holt Construction Group**

## COL_VILLAGE_TH_HAIL
### Building A

**Roof1**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 47.  Remove Tear off, haul and dispose of Pitch roofing - 2nd layer - will require eye and skin protection and water to control dust | 9.40  SQ @ | 99.09 = | 931.45 |
| 48.  Remove Tear off, haul and dispose of modified bitumen roofing - Top layer | 9.40  SQ @ | 29.56 = | 277.86 |
| 49.  Remove Flashing - L flashing - color finish | 451.69  LF @ | 0.42 = | 189.71 |
| 50.  Remove Fiberboard - 1/2" - 2 separate layers of insulation board | 1,880.00  SF @ | 0.32 = | 601.60 |
| 236.  Remove Tear off, haul and dispose of gravel ballast | 9.40  SQ @ | 27.94 = | 262.64 |
| 51.  Fiberboard - 1/2" | 1,034.49  SF @ | 0.56 = | 579.31 |
| 52.  Modified bitumen roof | 10.34  SQ @ | 218.94 = | 2,263.84 |
| 53.  Flashing - L flashing - color finish | 165.62  LF @ | 3.23 = | 534.95 |
| 55.  R&R Exhaust cap - through flat roof | 5.00  EA @ | 93.82 = | 469.10 |
| 56.  R&R Gutter / downspout - aluminum - 6" | 90.50  LF @ | 7.55 = | 683.28 |

**West Elev.**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 57.  Remove Siding - vinyl | 490.00  SF @ | 0.30 = | 147.00 |
| 58.  Siding - vinyl | 539.00  SF @ | 2.38 = | 1,282.82 |

**Front Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 60.  Remove Siding - aluminum (.024 thickness) | 923.75  SF @ | 0.34 = | 314.08 |
| **Note:  There are 4 openings per to remove per apartment.  There are 5 apartments in this building.  Square Ft. per apartment to remove is 132** | | | |
| . | | | |
| 61.  Siding - aluminum (.024 thickness) | 1,034.88  SF @ | 4.27 = | 4,418.94 |
| 63.  Wrap window frame & trim with aluminum sheet - Small | 20.00  EA @ | 69.10 = | 1,382.00 |
| **Note:  There is 3 windows and 1 door per opening.  There are 5 total openings on the rear of this building.** | | | |
| 66.  R&R Fascia - metal - 12" | 36.00  LF @ | 5.42 = | 195.12 |
| 187.  Prime & paint metal siding | 925.00  SF @ | 0.54 = | 499.50 |
| 192.  Detach & Reset Exterior light fixture | 5.00  EA @ | 50.27 = | 251.35 |
| 193.  R&R Clothes dryer vent cover | 5.00  EA @ | 28.83 = | 144.15 |
| 194.  R&R Disconnect box - 30 amp - non fused - Detach and reset AC disconnects | 5.00  EA @ | 118.53 = | 592.65 |

# HOLT
### Holt Construction Group
Construction Group

## CONTINUED - Front Elevation

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 196.  Detach & Reset Storm door assembly | 5.00 EA @ | 40.60 = | 203.00 |

## Building D

### Roof1

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 13.  Remove Tear off, haul and dispose of Pitch roofing - 2nd layer - will require eye and skin protection and water to control dust | 58.57 SQ @ | 99.09 = | 5,803.70 |
| 14.  Remove Tear off, haul and dispose of modified bitumen roofing | 58.57 SQ @ | 29.56 = | 1,731.33 |
| 15.  Remove Flashing - L flashing - color finish | 1,383.81 LF @ | 0.42 = | 581.20 |
| 240.  Remove Tear off, haul and dispose of gravel ballast | 58.57 SQ @ | 27.94 = | 1,636.45 |
| 237.  Remove Fiberboard - 1/2" - 2 separate layers of insulation board | 11,714.00 SF @ | 0.32 = | 3,748.48 |
| 17.  Fiberboard - 1/2" | 6,442.18 SF @ | 0.56 = | 3,607.62 |
| 18.  Modified bitumen roof | 64.42 SQ @ | 218.94 = | 14,104.11 |
| 19.  Flashing - L flashing - color finish | 507.40 LF @ | 3.23 = | 1,638.90 |
| 21.  R&R Exhaust cap - through flat roof | 9.00 EA @ | 93.82 = | 844.38 |
| 22.  R&R Gutter / downspout - aluminum - 6" | 177.00 LF @ | 7.55 = | 1,336.35 |

### West End Elev.

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 23.  Remove Siding - vinyl | 490.00 SF @ | 0.30 = | 147.00 |
| 24.  Siding - vinyl | 539.00 SF @ | 2.38 = | 1,282.82 |
| 25.  Detach and reset meter base and weather head | 1.00 EA @ | 1,450.00 = | 1,450.00 |

### Rear Elevation

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 28.  Remove Siding - aluminum (.024 thickness) | 2,116.50 SF @ | 0.34 = | 719.61 |

 **Holt Construction Group**

**CONTINUED - Rear Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| **Note: There are 4 openings per to remove per apartment. There are 9 apartments in this building. Square Ft. per apartment to remove is 109** | | | |
| 27. Siding - aluminum (.024 thickness) | 2,370.48 SF @ | 4.27 = | 10,121.95 |
| 42. Wrap wood window frame & trim with aluminum sheet | 9.00 EA @ | 111.23 = | 1,001.07 |
| 29. Wrap window frame & trim with aluminum sheet - Small | 9.00 EA @ | 69.10 = | 621.90 |
| **Note: There is 1 window and 1 door per opening. There are 9 total openings on the rear of this building.** | | | |
| 41. Remove Siding - vinyl | 218.75 SF @ | 0.30 = | 65.63 |
| 43. Siding - vinyl | 240.90 SF @ | 2.38 = | 573.34 |
| 44. R&R Fascia - metal - 12" | 36.00 LF @ | 5.42 = | 195.12 |
| 45. Electrician - per hour - 2 men one day to detach and reset all of the new electrical feeds and conduit at the rear of the building | 18.00 HR @ | 75.19 = | 1,353.42 |
| 188. Prime & paint metal siding | 2,117.00 SF @ | 0.54 = | 1,143.18 |
| 304. Comb and straighten a/c condenser fins - with trip charge | 5.00 EA @ | 149.11 = | 745.55 |

**Building B**

**Roof2**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 80. Remove Tear off, haul and dispose of Pitch roofing - 2nd layer - will require eye and skin protection and water to control dust | 56.67 SQ @ | 99.09 = | 5,615.43 |
| 81. Remove Tear off, haul and dispose of modified bitumen roofing | 56.67 SQ @ | 29.56 = | 1,675.17 |
| 82. Remove Flashing - L flashing - color finish | 1,238.50 LF @ | 0.42 = | 520.17 |
| 241. Remove Tear off, haul and dispose of gravel ballast | 56.67 SQ @ | 27.94 = | 1,583.36 |
| 238. Remove Fiberboard - 1/2" - 2 separate layers of insulation board | 11,334.00 SF @ | 0.32 = | 3,626.88 |
| 84. Fiberboard - 1/2" | 6,234.21 SF @ | 0.56 = | 3,491.16 |
| 85. Modified bitumen roof | 62.34 SQ @ | 218.94 = | 13,648.72 |
| 86. Flashing - L flashing - color finish | 454.12 LF @ | 3.23 = | 1,466.81 |
| 88. R&R Exhaust cap - through flat roof | 9.00 EA @ | 93.82 = | 844.38 |
| 89. R&R Gutter / downspout - aluminum - 6" | 169.50 LF @ | 7.55 = | 1,279.73 |

**West elevation**

COL_VILLAGE_TH_HAIL

 **Holt Construction Group**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 90. Remove Siding - vinyl | 490.00 SF @ | 0.30 = | 147.00 |
| 91. Siding - vinyl | 539.00 SF @ | 2.38 = | 1,282.82 |
| 92. Electrician - per hour - detach and reset Cable Demark box | 3.00 HR @ | 75.19 = | 225.57 |

**Front Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 93. Remove Siding - aluminum (.024 thickness) | 1,778.25 SF @ | 0.34 = | 604.61 |
| Note: There are 4 openings per to remove per apartment. There are 9 apartments in this building. Square Ft. per apartment to remove is 132 | | | |
| 94. Siding - aluminum (.024 thickness) | 1,992.48 SF @ | 4.27 = | 8,507.89 |
| 95. Wrap window frame & trim with aluminum sheet - Small | 36.00 EA @ | 69.10 = | 2,487.60 |
| Note: There is 3 windows and 1 door per opening. There are 5 total openings on the rear of this building. | | | |
| 96. R&R Fascia - metal - 12" | 54.00 LF @ | 5.42 = | 292.68 |
| 97. Remove Siding - vinyl | 218.75 SF @ | 0.30 = | 65.63 |
| 98. Siding - vinyl | 240.90 SF @ | 2.38 = | 573.34 |
| 189. Prime & paint metal siding | 1,778.00 SF @ | 0.54 = | 960.12 |
| 197. Detach & Reset Exterior light fixture | 9.00 EA @ | 50.27 = | 452.43 |
| 198. R&R Clothes dryer vent cover | 9.00 EA @ | 28.83 = | 259.47 |
| 199. (Install) Disconnect box - 30 amp - non fused - Detach and reset AC disconnects | 9.00 EA @ | 93.80 = | 844.20 |
| 200. Detach & Reset Storm door assembly | 9.00 EA @ | 40.60 = | 365.40 |

**Building C**

**Roof1**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 100. Remove Tear off, haul and dispose of Pitch roofing - 2nd layer - will require eye and skin protection and water to control dust | 27.84 SQ @ | 99.09 = | 2,758.67 |
| 101. Remove Tear off, haul and dispose of modified bitumen roofing - Top layer | 27.84 SQ @ | 29.56 = | 822.95 |
| 102. Remove Flashing - L flashing - color finish | 699.60 LF @ | 0.42 = | 293.83 |
| 242. Remove Tear off, haul and dispose of gravel ballast | 27.84 SQ @ | 27.94 = | 777.85 |
| 239. Remove Fiberboard - 1/2" - 2 separate layers of insulation board | 5,568.00 SF @ | 0.32 = | 1,781.76 |
| 103. Remove Fiberboard - 1/2" | 2,784.00 SF @ | 0.32 = | 890.88 |
| 104. Fiberboard - 1/2" | 3,062.46 SF @ | 0.56 = | 1,714.98 |
| 105. Modified bitumen roof | 30.62 SQ @ | 218.94 = | 6,703.94 |
| 106. Flashing - L flashing - color finish | 256.52 LF @ | 3.23 = | 828.56 |

**HOLT** Construction Group

**Holt Construction Group**

**CONTINUED - Roof1**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 107. R&R Exhaust cap - through flat roof | 4.00 EA @ | 93.82 = | 375.28 |
| 108. R&R Gutter / downspout - aluminum - 6" | 83.00 LF @ | 7.55 = | 626.65 |

**Rear Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 109. Remove Siding - aluminum (.024 thickness) | 1,016.50 SF @ | 0.34 = | 345.61 |

**Note: There are 2 openings per to remove per apartment. There are 4 apartments in this building. Square Ft. per apartment to remove is 109**
.

| | | | |
|---|---|---|---|
| 110. Siding - aluminum (.024 thickness) | 1,139.04 SF @ | 4.27 = | 4,863.70 |
| 111. Wrap wood window frame & trim with aluminum sheet | 4.00 EA @ | 111.23 = | 444.92 |
| 112. Wrap window frame & trim with aluminum sheet - Small | 4.00 EA @ | 69.10 = | 276.40 |

**Note: There is 1 window and 1 door per opening. There are 9 total openings on the rear of this building.**

| | | | |
|---|---|---|---|
| 115. R&R Fascia - metal - 12" | 18.00 LF @ | 5.42 = | 97.56 |
| 190. Prime & paint metal siding | 472.00 SF @ | 0.54 = | 254.88 |
| 303. Comb and straighten a/c condenser fins - with trip charge | 1.00 EA @ | 149.11 = | 149.11 |

**Building E**

**Building E**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 260. R&R Exhaust cap - through flat roof | 9.00 EA @ | 93.82 = | 844.38 |
| 274. R&R Gutter / downspout - aluminum - 6" | 248.50 LF @ | 7.55 = | 1,876.18 |

**Front Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 205. Remove Siding - aluminum (.024 thickness) | 1,778.25 SF @ | 0.34 = | 604.61 |

 **Holt Construction Group**

### CONTINUED - Front Elevation

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| **Note: There are 4 openings per to remove per apartment. There are 9 apartments in this building. Square Ft. per apartment to remove is 132** | | | |
| 206. Siding - aluminum (.024 thickness) | 1,992.48 SF @ | 4.27 = | 8,507.89 |
| 207. Wrap window frame & trim with aluminum sheet - Small | 36.00 EA @ | 69.10 = | 2,487.60 |
| **Note: There is 3 windows and 1 door per opening. There are 5 total openings on the rear of this building.** | | | |
| 208. R&R Fascia - metal - 12" | 54.00 LF @ | 5.42 = | 292.68 |
| 209. Remove Siding - vinyl | 218.75 SF @ | 0.30 = | 65.63 |
| 210. Siding - vinyl | 240.90 SF @ | 2.38 = | 573.34 |
| 211. Prime & paint metal siding | 1,778.00 SF @ | 0.54 = | 960.12 |
| 212. Detach & Reset Exterior light fixture | 9.00 EA @ | 50.27 = | 452.43 |
| 213. R&R Clothes dryer vent cover | 9.00 EA @ | 28.83 = | 259.47 |
| 214. (Install) Disconnect box - 30 amp - non fused - Detach and reset AC disconnects | 9.00 EA @ | 93.80 = | 844.20 |
| 215. Detach & Reset Storm door assembly | 9.00 EA @ | 40.60 = | 365.40 |
| 305. Comb and straighten a/c condenser fins - with trip charge | 4.00 EA @ | 149.11 = | 596.44 |

### West Elevation

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 117. Remove Siding - vinyl | 490.00 SF @ | 0.30 = | 147.00 |
| 118. Siding - vinyl | 539.00 SF @ | 2.38 = | 1,282.82 |

### Building F

**Building F**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 261. R&R Exhaust cap - through flat roof | 5.00 EA @ | 93.82 = | 469.10 |
| 273. R&R Gutter / downspout - aluminum - 6" | 130.00 LF @ | 7.55 = | 981.50 |

COL_VILLAGE_TH_HAIL

**HOLT** Holt Construction Group
Construction Group

## Front Elevation

| DESCRIPTION | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|
| 216.  Remove Siding - aluminum (.024 thickness) | 923.75 | SF @ | 0.34 = | 314.08 |

**Note:  There are 4 openings per to remove per apartment.  There are 5 apartments in this building.  Square Ft. per apartment to remove is 132**

| | | | | |
|---|---|---|---|---|
| 217.  Siding - aluminum (.024 thickness) | 1,034.88 | SF @ | 4.27 = | 4,418.94 |
| 218.  Wrap window frame & trim with aluminum sheet - Small | 20.00 | EA @ | 69.10 = | 1,382.00 |

**Note:  There is 3 windows and 1 door per opening.  There are 5 total openings on the rear of this building.**

| | | | | |
|---|---|---|---|---|
| 219.  R&R Fascia - metal - 12" | 36.00 | LF @ | 5.42 = | 195.12 |
| 220.  Prime & paint metal siding | 925.00 | SF @ | 0.54 = | 499.50 |
| 221.  Detach & Reset Exterior light fixture | 5.00 | EA @ | 50.27 = | 251.35 |
| 222.  R&R Clothes dryer vent cover | 5.00 | EA @ | 28.83 = | 144.15 |
| 223.  R&R Disconnect box - 30 amp - non fused - Detach and reset AC disconnects | 5.00 | EA @ | 118.53 = | 592.65 |
| 224.  Detach & Reset Storm door assembly | 5.00 | EA @ | 40.60 = | 203.00 |
| 306.  Comb and straighten a/c condenser fins - with trip charge | 6.00 | EA @ | 149.11 = | 894.66 |

## West Elevation

| DESCRIPTION | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|
| 129.  Remove Siding - vinyl | 490.00 | SF @ | 0.30 = | 147.00 |
| 130.  Siding - vinyl | 539.00 | SF @ | 2.38 = | 1,282.82 |
| 131.  Electrician - per hour - detach and reset Cable Demark box | 3.00 | HR @ | 75.19 = | 225.57 |

## Building G

### Building G

| DESCRIPTION | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|
| 262.  R&R Exhaust cap - through flat roof | 5.00 | EA @ | 93.82 = | 469.10 |
| 272.  R&R Gutter / downspout - aluminum - 6" | 142.50 | LF @ | 7.55 = | 1,075.88 |

## Rear Elevation

| DESCRIPTION | QNTY | | UNIT COST | TOTAL |
|---|---|---|---|---|
| 132.  Remove Siding - aluminum (.024 thickness) | 1,240.00 | SF @ | 0.34 = | 421.60 |

COL_VILLAGE_TH_HAIL

7/6/2011     Page: 8

**HOLT**
Construction Group

**Holt Construction Group**

---

**CONTINUED - Rear Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Note:  There are 4 openings per to remove per apartment.  There are 5 apartments in this building.  Square Ft. per apartment to remove is 109 | | | |
| 133.  Siding - aluminum (.024 thickness) | 1,388.80 SF @ | 4.27 = | 5,930.18 |
| 134.  Wrap wood window frame & trim with aluminum sheet | 5.00 EA @ | 111.23 = | 556.15 |
| 135.  Wrap window frame & trim with aluminum sheet - Small | 5.00 EA @ | 69.10 = | 345.50 |
| Note:  There is 1 window and 1 door per opening.  There are 5 total openings on the rear of this building. | | | |
| 225.  Prime & paint metal siding | 1,240.00 SF @ | 0.54 = | 669.60 |

**West Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 140.  Remove Siding - vinyl | 490.00 SF @ | 0.30 = | 147.00 |
| 141.  Siding - vinyl | 539.00 SF @ | 2.38 = | 1,282.82 |

**Building H**

**Building H**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 263.  R&R Exhaust cap - through flat roof | 8.00 EA @ | 93.82 = | 750.56 |
| 271.  R&R Gutter / downspout - aluminum - 6" | 229.50 LF @ | 7.55 = | 1,732.73 |

**Rear Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 142.  Remove Siding - aluminum (.024 thickness) | 1,744.25 SF @ | 0.34 = | 593.05 |
| Note:  There are 4 openings per to remove per apartment.  There are 8 apartments in this building.  Square Ft. per apartment to remove is 109 | | | |
| 143.  Siding - aluminum (.024 thickness) | 1,953.28 SF @ | 4.27 = | 8,340.51 |
| 144.  Wrap wood window frame & trim with aluminum sheet | 8.00 EA @ | 111.23 = | 889.84 |

 **Holt Construction Group**

### CONTINUED - Rear Elevation

| DESCRIPTION | QNTY | | UNIT COST | | TOTAL |
|---|---|---|---|---|---|
| 145.  Wrap window frame & trim with aluminum sheet - Small | 8.00 | EA @ | 69.10 | = | 552.80 |
| **Note:  There is 1 window and 1 door per opening.  There are 8 total openings on the rear of this building.** | | | | | |
| 146.  Electrician - per hour - 2 men one day to detach and reset all of the new electrical feeds and conduit at the rear of the building | 18.00 | HR @ | 75.19 | = | 1,353.42 |
| 226.  Prime & paint metal siding | 2,071.00 | SF @ | 0.54 | = | 1,118.34 |
| 307.  Comb and straighten a/c condenser fins - with trip charge | 1.00 | EA @ | 149.11 | = | 149.11 |

### West elevation

| DESCRIPTION | QNTY | | UNIT COST | | TOTAL |
|---|---|---|---|---|---|
| 147.  Remove Siding - vinyl | 490.00 | SF @ | 0.30 | = | 147.00 |
| 148.  Siding - vinyl | 539.00 | SF @ | 2.38 | = | 1,282.82 |
| 149.  Detach and reset meter base and weather head | 1.00 | EA @ | 1,450.00 | = | 1,450.00 |
| 150.  Electrician - per hour - detach and reset Cable Demark box | 3.00 | HR @ | 75.19 | = | 225.57 |

### Building I

**Building I**

| DESCRIPTION | QNTY | | UNIT COST | | TOTAL |
|---|---|---|---|---|---|
| 264.  R&R Exhaust cap - through flat roof | 4.00 | EA @ | 93.82 | = | 375.28 |
| 270.  R&R Gutter / downspout - aluminum - 6" | 123.00 | LF @ | 7.55 | = | 928.65 |

### Front Elevation

| DESCRIPTION | QNTY | | UNIT COST | | TOTAL |
|---|---|---|---|---|---|
| 151.  Remove Siding - aluminum (.024 thickness) | 924.50 | SF @ | 0.34 | = | 314.33 |
| **Note:  There are 4 openings per to remove per apartment.  There are 4 apartments in this building.  Square Ft. per apartment to remove is 132** | | | | | |
| 152.  Siding - aluminum (.024 thickness) | 1,036.00 | SF @ | 4.27 | = | 4,423.72 |

COL_VILLAGE_TH_HAIL                                         7/6/2011          Page: 10

 **Holt Construction Group**

### CONTINUED - Front Elevation

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 153.  Wrap window frame & trim with aluminum sheet - Small | 16.00 EA @ | 69.10 = | 1,105.60 |
| Note:  There is 3 windows and 1 door per opening.  There are 4 total openings on the rear of this building. | | | |
| 154.  R&R Fascia - metal - 12" | 18.00 LF @ | 5.42 = | 97.56 |
| 227.  Detach & Reset Exterior light fixture | 4.00 EA @ | 50.27 = | 201.08 |
| 228.  R&R Clothes dryer vent cover | 4.00 EA @ | 28.83 = | 115.32 |
| 229.  R&R Disconnect box - 30 amp - non fused - Detach and reset AC disconnects | 4.00 EA @ | 118.53 = | 474.12 |
| 230.  Detach & Reset Storm door assembly | 4.00 EA @ | 40.60 = | 162.40 |

### Building J

**Building J**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 265.  R&R Exhaust cap - through flat roof | 10.00 EA @ | 93.82 = | 938.20 |
| 269.  R&R Gutter / downspout - aluminum - 6" | 273.00 LF @ | 7.55 = | 2,061.15 |

**Front Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 155.  Remove Siding - aluminum (.024 thickness) | 2,057.50 SF @ | 0.34 = | 699.55 |
| Note:  There are 4 openings per to remove per apartment.  There are 10 apartments in this building.  Square Ft. per apartment to remove is 132 | | | |
| 156.  Siding - aluminum (.024 thickness) | 2,304.96 SF @ | 4.27 = | 9,842.18 |
| 157.  Wrap window frame & trim with aluminum sheet - Small | 40.00 EA @ | 69.10 = | 2,764.00 |
| Note:  There is 3 windows and 1 door per opening.  There are 10 total openings on the rear of this building. | | | |
| 158.  R&R Fascia - metal - 12" | 18.00 LF @ | 5.42 = | 97.56 |
| 235.  Prime & paint metal siding | 2,717.00 SF @ | 0.54 = | 1,467.18 |
| 231.  Detach & Reset Exterior light fixture | 10.00 EA @ | 50.27 = | 502.70 |
| 232.  R&R Clothes dryer vent cover | 10.00 EA @ | 28.83 = | 288.30 |
| 233.  R&R Disconnect box - 30 amp - non fused - Detach and reset AC disconnects | 10.00 EA @ | 118.53 = | 1,185.30 |

**HOLT**
Construction Group

### Holt Construction Group

**CONTINUED - Front Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 234.  Detach & Reset Storm door assembly | 10.00  EA @ | 40.60 = | 406.00 |

**Building K**

**Building K**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 266.  R&R Exhaust cap - through flat roof | 10.00  EA @ | 93.82 = | 938.20 |

**Front Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 243.  Remove Siding - aluminum (.024 thickness) | 2,110.00  SF @ | 0.34 = | 717.40 |
| Note:  There are 4 openings per to remove per apartment.  There are 10 apartments in this building.  Square Ft. per apartment to remove is 132 | | | |
| 244.  Siding - aluminum (.024 thickness) | 2,363.20  SF @ | 4.27 = | 10,090.86 |
| 245.  Wrap window frame & trim with aluminum sheet - Small | 40.00  EA @ | 69.10 = | 2,764.00 |
| Note:  There is 3 windows and 1 door per opening.  There are 10 total openings on the rear of this building. | | | |
| 247.  Prime & paint metal siding | 2,770.00  SF @ | 0.54 = | 1,495.80 |
| 248.  Detach & Reset Exterior light fixture | 10.00  EA @ | 50.27 = | 502.70 |
| 249.  R&R Clothes dryer vent cover | 10.00  EA @ | 28.83 = | 288.30 |
| 250.  R&R Disconnect box - 30 amp - non fused - Detach and reset AC disconnects | 10.00  EA @ | 118.53 = | 1,185.30 |
| 251.  Detach & Reset Storm door assembly | 10.00  EA @ | 40.60 = | 406.00 |
| 308.  Comb and straighten a/c condenser fins - with trip charge | 6.00  EA @ | 149.11 = | 894.66 |

**Building L**

**Building L**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|

 **Holt Construction Group**

### CONTINUED - Building L

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 267.  R&R Exhaust cap - through flat roof | 3.00  EA @ | 93.82 = | 281.46 |
| 268.  R&R Gutter / downspout - aluminum - 6" | 94.00  LF @ | 7.55 = | 709.70 |

**Front Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 252.  Remove Siding - aluminum (.024 thickness) | 557.75  SF @ | 0.34 = | 189.64 |
| **Note:  There are 4 openings per to remove per apartment.  There are 3 apartments in this building.  Square Ft. per apartment to remove is 132** | | | |
| 253.  Siding - aluminum (.024 thickness) | 624.96  SF @ | 4.27 = | 2,668.58 |
| 254.  Wrap window frame & trim with aluminum sheet - Small | 12.00  EA @ | 69.10 = | 829.20 |
| **Note:  There is 3 windows and 1 door per opening.  There are 10 total openings on the rear of this building.** | | | |
| 255.  Prime & paint metal siding | 558.00  SF @ | 0.54 = | 301.32 |
| 256.  Detach & Reset Exterior light fixture | 3.00  EA @ | 50.27 = | 150.81 |
| 257.  R&R Clothes dryer vent cover | 3.00  EA @ | 28.83 = | 86.49 |
| 258.  R&R Disconnect box - 30 amp - non fused - Detach and reset AC disconnects | 3.00  EA @ | 118.53 = | 355.59 |
| 259.  Detach & Reset Storm door assembly | 3.00  EA @ | 40.60 = | 121.80 |
| 309.  Comb and straighten a/c condenser fins - with trip charge | 1.00  EA @ | 149.11 = | 149.11 |

### Building M

**Building M**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 291.  R&R Exhaust cap - through flat roof | 8.00  EA @ | 93.82 = | 750.56 |
| 292.  R&R Gutter / downspout - aluminum - 6" | 271.50  LF @ | 7.55 = | 2,049.83 |
| 295.  R&R Skylight - double dome fixed, 4 - 6.5 sf | 8.00  EA @ | 263.03 = | 2,104.24 |
| 296.  R&R Rubber roofing - Fully adhered system - 60 mil - Rubber to repair areas where the skylights are being replaced. | 2.00  SQ @ | 372.12 = | 744.24 |

 **Holt Construction Group**

**Rear Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 275.  Remove Siding - aluminum (.024 thickness) | 1,029.33  SF @ | 0.34 = | 349.97 |
| Note:  There are 8 apartments in this building.  Square Ft. per apartment to remove is 30. | | | |
| 276.  Siding - aluminum (.024 thickness) | 1,152.48  SF @ | 4.27 = | 4,921.09 |
| 277.  Wrap wood window frame & trim with aluminum sheet | 8.00  EA @ | 111.23 = | 889.84 |
| Note:  There is 3 windows and 1 door per opening.  There are 10 total openings on the rear of this building. | | | |
| 278.  Prime & paint metal siding | 1,029.00  SF @ | 0.54 = | 555.66 |
| 310.  Comb and straighten a/c condenser fins - with trip charge | 3.00  EA @ | 149.11 = | 447.33 |

**Building N**

**Building N**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 297.  R&R Exhaust cap - through flat roof | 8.00  EA @ | 93.82 = | 750.56 |
| 298.  R&R Gutter / downspout - aluminum - 6" | 271.50  LF @ | 7.55 = | 2,049.83 |
| 299.  R&R Skylight - double dome fixed, 4 - 6.5 sf | 8.00  EA @ | 263.03 = | 2,104.24 |
| 300.  R&R Rubber roofing - Fully adhered system - 60 mil - Rubber to repair areas where the skylights are being replaced. | 2.00  SQ @ | 372.12 = | 744.24 |

**Front Elevation**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 283.  Remove Siding - aluminum (.024 thickness) | 1,452.44  SF @ | 0.34 = | 493.83 |
| Note:  There are 8 apartments in this building.  Square Ft. per apartment to remove is 30. | | | |
| 284.  Siding - aluminum (.024 thickness) | 1,626.24  SF @ | 4.27 = | 6,944.04 |
| 285.  Wrap wood window frame & trim with aluminum sheet | 8.00  EA @ | 111.23 = | 889.84 |
| Note:  There are 10 total openings on the rear of this building. | | | |
| 286.  Prime & paint metal siding | 1,029.00  SF @ | 0.54 = | 555.66 |
| 287.  Detach & Reset Exterior light fixture | 10.00  EA @ | 50.27 = | 502.70 |
| 288.  R&R Clothes dryer vent cover | 10.00  EA @ | 28.83 = | 288.30 |
| 289.  R&R Disconnect box - 30 amp - non fused - Detach and reset AC disconnects | 10.00  EA @ | 118.53 = | 1,185.30 |
| 290.  Detach & Reset Storm door assembly | 10.00  EA @ | 40.60 = | 406.00 |
| 311.  Comb and straighten a/c condenser fins - with trip charge | 5.00  EA @ | 149.11 = | 745.55 |

 **Holt Construction Group**

### Generals

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 301.  It is not known at the time of this estimate if permits will be required or not - Additional cost if so | 1.00  EA @ | | OPEN ITEM |
| 302.  Dumpster load - Approx. 30 yards, 5-7 tons of debris - Siding debris only | 7.00  EA @ | 492.10 = | 3,444.70 |

### Office

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| 312.  Comb and straighten a/c condenser fins - with trip charge | 1.00  EA @ | 149.11 = | 149.11 |
| 313.  R&R Clothes dryer vent cover | 1.00  EA @ | 28.83 = | 28.83 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 22,926.21 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 15,248.49 | Surface Area | 152.48 | Number of Squares | 1,282.09 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

COL_VILLAGE_TH_HAIL

7/6/2011          Page: 15

 **Holt Construction Group**

## Summary

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 294,823.36 |
| Material Sales Tax | @ | 7.000% x | 118,053.42 | 8,263.74 |
| | | | | |
| Subtotal | | | | 303,087.10 |
| Overhead | @ | 10.0% x | 303,087.10 | 30,308.71 |
| Profit | @ | 10.0% x | 303,087.10 | 30,308.71 |
| **Replacement Cost Value** | | | | **$363,704.52** |
| **Net Claim** | | | | **$363,704.52** |

Christian Carmin
Vice President

 **Holt Construction Group**

## Recap by Room

**Estimate: COL_VILLAGE_TH_HAIL**

| Area: | Building A | | |
|---|---|---|---|
| | Roof1 | 6,793.74 | 2.30% |
| | West Elev. | 1,429.82 | 0.48% |
| | Front Elevation | 8,000.79 | 2.71% |
| | **Area Subtotal:  Building A** | **16,224.35** | **5.50%** |
| Area: | Building D | | |
| | Roof1 | 35,032.52 | 11.88% |
| | West End Elev. | 2,879.82 | 0.98% |
| | Rear Elevation | 16,540.77 | 5.61% |
| | **Area Subtotal:  Building D** | **54,453.11** | **18.47%** |
| Area: | Building B | | |
| | Roof2 | 33,751.81 | 11.45% |
| | West elevation | 1,655.39 | 0.56% |
| | Front Elevation | 15,413.37 | 5.23% |
| | **Area Subtotal:  Building B** | **50,820.57** | **17.24%** |
| Area: | Building C | | |
| | Roof1 | 17,575.35 | 5.96% |
| | Rear Elevation | 6,432.18 | 2.18% |
| | **Area Subtotal:  Building C** | **24,007.53** | **8.14%** |
| Area: | Building E | 2,720.56 | 0.92% |
| | Front Elevation | 16,009.81 | 5.43% |
| | West Elevation | 1,429.82 | 0.48% |
| | **Area Subtotal:  Building E** | **20,160.19** | **6.84%** |
| Area: | Building F | 1,450.60 | 0.49% |
| | Front Elevation | 8,895.45 | 3.02% |
| | West Elevation | 1,655.39 | 0.56% |
| | **Area Subtotal:  Building F** | **12,001.44** | **4.07%** |
| Area: | Building G | 1,544.98 | 0.52% |
| | Rear Elevation | 7,923.03 | 2.69% |

 **Holt Construction Group**

| | | |
|---|---|---|
| West Elevation | 1,429.82 | 0.48% |
| Area Subtotal:  Building G | 10,897.83 | 3.70% |
| Area:  Building H | 2,483.29 | 0.84% |
| Rear Elevation | 12,997.07 | 4.41% |
| West elevation | 3,105.39 | 1.05% |
| Area Subtotal:  Building H | 18,585.75 | 6.30% |
| Area:  Building I | 1,303.93 | 0.44% |
| Front Elevation | 6,894.13 | 2.34% |
| Area Subtotal:  Building I | 8,198.06 | 2.78% |
| Area:  Building J | 2,999.35 | 1.02% |
| Front Elevation | 17,252.77 | 5.85% |
| Area Subtotal:  Building J | 20,252.12 | 6.87% |
| Area:  Building K | 938.20 | 0.32% |
| Front Elevation | 18,345.02 | 6.22% |
| Area Subtotal:  Building K | 19,283.22 | 6.54% |
| Area:  Building L | 991.16 | 0.34% |
| Front Elevation | 4,852.54 | 1.65% |
| Area Subtotal:  Building L | 5,843.70 | 1.98% |
| Area:  Building M | 5,648.87 | 1.92% |
| Rear Elevation | 7,163.89 | 2.43% |
| Area Subtotal:  Building M | 12,812.76 | 4.35% |
| Area:  Building N | 5,648.87 | 1.92% |
| Front Elevation | 12,011.22 | 4.07% |
| Area Subtotal:  Building N | 17,660.09 | 5.99% |
| Generals | 3,444.70 | 1.17% |
| Office | 177.94 | 0.06% |
| Subtotal of Areas | 294,823.36 | 100.00% |

 **Holt Construction Group**

| | | |
|---|---|---|
| **Total** | **294,823.36** | **100.00%** |

 **Holt Construction Group**

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| GENERAL DEMOLITION | | | 50,136.73 | 13.79% |
| DOORS | | | 2,639.00 | 0.73% |
| ELECTRICAL | | | 13,012.23 | 3.58% |
| HEAT,  VENT & AIR CONDITIONING | | | 6,648.51 | 1.83% |
| LIGHT FIXTURES | | | 3,267.55 | 0.90% |
| PAINTING | | | 10,480.86 | 2.88% |
| ROOFING | | | 60,351.53 | 16.59% |
| SIDING | | | 126,370.49 | 34.75% |
| SOFFIT, FASCIA, & GUTTER | | | 17,963.50 | 4.94% |
| WINDOWS - SKYLIGHTS | | | 3,952.96 | 1.09% |
| O&P Items Subtotal | | | 294,823.36 | 81.06% |
| Material Sales Tax | @ | 7.000% | 8,263.74 | 2.27% |
| Overhead | @ | 10.0% | 30,308.71 | 8.33% |
| Profit | @ | 10.0% | 30,308.71 | 8.33% |
| Total | | | 363,704.52 | 100.00% |

Building A

7/6/2011



Building A

COL_VILLAGE_TH_HALL

Building B

7/6/2011



Building B

COL_VILLAGE_TH_HAIL

Building C



7/6/2011

Building C

COL_VILLAGE_TH_HAIL

Building D



Building D

7/6/2011

COL_ VILLAGE_TH_HAIL